70,944-03

# COURT OF CRIMINAL APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 26 2015

Abel Acosta, Clerk

Tr. Ct No. 31669-A
WR.- 70,944-03

To The Clerk of Court:

Dear Mrs. Acosta

I would like to know if Any extensions have been filed by the Trial court in the Trial ct no. And Writ no. shown Above, And wether A decision has been Made by the Court Reguarding this claim.

This document contains some pages that are of poor quality at the time of imaging.

Sincerly,

Joe Louis Roberts
TDCJ-IS# 1410085
Eastham Unit
2665 Prison Rd #1
Lovelady Tex. 75851